# Richard B. Lind
Attorney At Law
575 Lexington Avenue – 4th Floor
New York, NY 10022
Cell Phone: (917) 747-9603    Email: rlind@lindlawyer.com

December 7, 2020

**BY EMAIL**
Warden
Big Spring CI
1701 Apron Drive
Big Spring, TX 79720

Re: Request for Reduction in Sentence/Compassionate Release for Victor Leonel Estrada Tepal, Registration No. 83265-053

Dear Warden:

Please accept this request for reduction of sentence pursuant to 18 U.S.C. §3582 on behalf of inmate **Victor Leonel Estrada Tepal, Reg. No. 83265-053.** Given the extraordinary and compelling circumstances created by the ongoing coronavirus pandemic, and his lack of English-language skills, Mr. Estrada Tepal is not able to file this request himself.

During his tenure in federal prisons over the last six years, or more, both of his parents have passed away, as well as both of his uncles and other relatives. More significantly, his wife, who lives in Mexico, has a serious case of advanced arthritis and requires a caretaker such as her husband. He sends the little money that he earns in prison jobs to provide some small amount of money to keep her alive.

In addition, as a deportable alien, Victor does not benefit from any kind of time reduction relief programs that the BOP offers to U.S. citizens; as well as time reduction for completion of its 30-day programs.

Please inform me of your decision on this request as soon as you can. Thank you for your consideration of this request.

Respectfully submitted,

/s/

Richard B. Lind